IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADRIENNE HENNING,

    Plaintiff,          No. CIV S-05-0531 FCD KJM PS

  vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Defendants' motion to compel initial disclosures came on regularly for hearing January 11, 2006.  Plaintiff was not present when the matter was first called.  After the matter was recalled, plaintiff appeared in propria persona.  Jonathan Paul appeared for defendants.  Upon review of the documents in support and opposition, upon hearing the arguments of plaintiff and defendants' counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

        1.  Defendants' motion to compel is granted in part.  Within fourteen days from the date of this order, plaintiff shall provide to defendants, as provided by Federal Rule of Civil Procedure 26(a)(1)(C), a computation of all damages claimed by plaintiff, including damages related to personal and real property, income loss, and emotional distress.  Plaintiff shall further provide, for inspection and copying, the documents or other evidentiary material, not privileged

or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

   2. In the circumstances presented here, the court finds an award of expenses would be unjust. Defendants' motion for expenses incurred in connection with the pending motion therefore is denied without prejudice to a motion for expenses made in connection with future discovery motions, if any.

DATED: January 13, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
henning.oah