MORENO & RIVERA, LLP

1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259
Jonathan B. Paul, CSN 215884
Shanan L. Hewitt, CSN 200168

Attorneys for Defendants,
COUNTY OF SACRAMENTO; DETECTIVE DARREN MAYO,
in his official capacity as an employee of Sacramento County; DEPUTIES
S. PUFFER, T. HENRY, J. HALK, T. FOX, K. CLARK, L. KENDRICK,
C. GRIFFITH, T. MOHLER, C. ALBRIGHT, T. MCCUE, D ANDERSON,
L. CRISTOSTOMO, M. HAYNES, SERGEANT PARKER and K-9, in their
official capacities as employees of the County of Sacramento; SACRAMENTO
COUNTY SHERIFF'S DEPT.

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIENNE G. HENNING,<br><br>   Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>   Defendants. | CASE NO.  CIV S-05-0531 FCD KJM<br><br>**STIPULATION and ORDER TO CONTINUE DISCOVERY FOR AN ADDITIONAL 45 DAYS** |

NOTICE IS HEREBY GIVEN TO THIS COURT THAT IT HAS HEREBY been agreed upon between, Jonathan B. Paul, Esq., Counsel for Defendants County of Sacramento; Detective Darren Mayo, Deputies S. Puffer, T. Henry, J. Halk, T. Fox, K. Clark, L. Kendrick, C. Griffith, T. Mohler, C. Albright, T. Mccue, D Anderson, L. Cristostomo, M. Haynes, Sergeant Parker, K-9 and the Sacramento County Sheriff's Department, along with Plaintiff In Pro Se, Adrienne Henning that in light of Plaintiff's repeated bouts with illness and death in her family, that have thus far prevented the scheduling of Plaintiff's deposition, the parties stipulate to extending the discovery deadline for an additional 45 days from the current April 26, 2006 deadline. Furthermore, the parties agree that said extension of the discovery deadline shall not affect any

1  of the other dates or deadlines set forth in the October 26, 2005 scheduling order.  Thus,

2  discovery, including the hearing of discovery motions, shall be completed by June 12, 2006.

4  Dated: April 25, 2006.                LAW OFFICES OF MORENO & RIVERA

5                                        /s/ Jonathan B. Paul

6                                         JONATHAN B. PAUL,
                                         Attorney for Defendants

7  Dated: April 25, 2006.                ADRIENNE G. HENNING, IN PRO SE

8                                        /s/ Adrienne G. Henning
9                                        (As Authorized on April 25, 2006)

10                                       ADRIENNE G. HENNING,
                                         Plaintiff

### ORDER

14       Based upon the foregoing stipulation and for good cause appearing,

15  IT IS SO ORDERED.

16  Dated: April 27, 2006.

18                                   UNITED STATES MAGISTRATE JUDGE