1

MORENO & RIVERA, LLP

2

1451 River Park Drive, Suite 145
Sacramento, California 95815

3

Tel: 916-922-1200 Fax: 916 922-1301

4

Jesse M. Rivera, CSN 84259

5

Jonathan B. Paul, CSN 215884
Shanan L. Hewitt, CSN 200168

6

7

Attorneys for Defendants,
COUNTY OF SACRAMENTO; DETECTIVE DARREN MAYO,
in his official capacity as an employee of Sacramento County; DEPUTIES

8

S. PUFFER, T. HENRY, J. HALK, T. FOX, K. CLARK, L. KENDRICK,
C. GRIFFITH, T. MOHLER, C. ALBRIGHT, T. MCCUE, D. ANDERSON,

9

L. CRISTOSTOMO, M. HAYNES, SERGEANT PARKER and K-9, in their
official capacities as employees of the County of Sacramento; and SACRAMENTO

10

COUNTY SHERIFF'S DEPT.

11

12

### IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

13

| ADRIENNE G. HENNING, | ) | CASE NO.  CIV S-05-0531 FCD KJM |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **ORDER ON EX PARTE APPLICATION** |
| | ) | **TO CONTINUE THE DISPOSITIVE** |
| | ) | **MOTION DEADLINE TWO (2) WEEKS** |
| vs. | ) | |
| | ) | |
| COUNTY OF SACRAMENTO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

14
15
16
17
18
19

20

        GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT the dispositive motion

21

deadline of July 26, 2006 in the above-titled action be extended for two (2) weeks to August 9,

22

2006.  All other dates set in the court's October 27, 2005 scheduling order shall remain as

23

previously set.

24

Dated:  June 21, 2006.

25

26

_____
UNITED STATES MAGISTRATE JUDGE

27

28