IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADRIENNE HENNING,

    Plaintiff,                       No. CIV S-05-0531 FCD KJM PS

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        Defendants' motion for summary judgment came on regularly for hearing August 23, 2006. Plaintiff appeared in propria persona. Jonathan Paul appeared for defendants. Upon review of the documents in support, no opposition having been filed, and good cause appearing therefor, IT IS HEREBY ORDERED that:

        1. Opposition, if any, to the motion shall be filed no later than September 6, 2006. Failure to file opposition will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed under Federal Rule of Civil Procedure 41(b).

        2. Reply, if any, shall be filed no later than September 13, 2006. The matter shall thereafter stand submitted.

DATED: August 29, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006 henning2.oah

1