1  MORENO & RIVERA, LLP
2  1451 River Park Drive, Suite 145
   Sacramento, California 95815
3  Tel: 916-922-1200 Fax: 916 922-1301
4  Jesse M. Rivera, CSN 84259
   Jonathan B. Paul, CSN 215884
5  Shanan L. Hewitt, CSN 200168
6
7  Attorneys for Defendants,
   COUNTY OF SACRAMENTO; DETECTIVE DARREN MAYO,
   in his official capacity as an employee of Sacramento County; DEPUTIES
8  S. PUFFER, T. HENRY, J. HALK, T. FOX, K. CLARK, L. KENDRICK,
   C. GRIFFITH, T. MOHLER, C. ALBRIGHT, T. MCCUE, D. ANDERSON,
9  L. CRISTOSTOMO, M. HAYNES, SERGEANT PARKER and K-9, in their
   official capacities as employees of the County of Sacramento; and SACRAMENTO
10 COUNTY SHERIFF'S DEPT.

11                    IN THE UNITED STATES DISTRICT COURT
12                   IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

13 ADRIENNE G. HENNING,           )   CASE NO.  CIV S-05-0531 FCD KJM
                                  )
14                                )   **ORDER ON DEFENDANTS' EX PARTE
               Plaintiff,         )   APPLICATION TO VACATE PRETRIAL
15                                )   DEADLINES & TRIAL DATE PENDING A
   vs.                            )   RULING ON DEFENDANTS' MOTION
16                                )   FOR SUMMARY JUDGMENT**
                                  )
17 COUNTY OF SACRAMENTO, et al.,  )   Courtroom:  26 [LR 72-302(c)(21)]
                                  )   Before:     Honorable Kimberly J. Mueller
18                                )
               Defendants.        )
19 _____)

20      This case came on for consideration on the ex parte application of defendants COUNTY OF
21 SACRAMENTO; DETECTIVE DARREN MAYO, in his official capacity as an employee of
22 Sacramento County; DEPUTIES S. PUFFER, T. HENRY, J. HALK, T. FOX, K. CLARK, L.
23 KENDRICK, C. GRIFFITH, T. MOHLER, C. ALBRIGHT, T. MCCUE, D. ANDERSON, L.
24 CRISTOSTOMO, M. HAYNES, SERGEANT PARKER and K-9, in their official capacities as
25 employees of the County of Sacramento; and SACRAMENTO COUNTY SHERIFF'S DEPT for
26 an order vacating the existing pretrial deadlines and trial date and to reset the same, if necessary,
27 following the District Court's ruling on defendants' motion for summary judgment, and it appearing
28 to this Court that good cause has been shown,

IT IS HEREBY ORDERED THAT:

1. The October 11, 2006 deadline for the filing of pretrial statements, and the January 23, 2007 jury trial date both are vacated.

2. If necessary following the ruling on defendants' motion for summary judgment, the court will issue a revised scheduling order establishing new pretrial deadlines and a new trial date.

Dated: September 26, 2006.

UNITED STATES MAGISTRATE JUDGE