IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADRIENNE HENNING,

      Plaintiff,                      No. CIV S-05-0531 FCD KJM PS

    vs.

COUNTY OF SACRAMENTO, et al.,

      Defendants.           ORDER

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On November 17, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed November 17, 2006, are adopted in full;

1

1   2.  The motion for summary judgment of defendants Sacramento County and
2   Sacramento County Sheriff's Department is granted; and
3       3.  The motion for summary judgment of the individual defendants is denied.
4   DATED: January 19, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2