Moreno & Rivera, LLP

1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259
Jonathan B. Paul, CSN 215884
Shanan L. Hewitt, CSN 200168

Attorneys for Defendants,
COUNTY OF SACRAMENTO; DETECTIVE DARREN MAYO,
in his official capacity as an employee of Sacramento County; DEPUTIES
S. PUFFER, T. HENRY, J. HALK, T. FOX, K. CLARK, L. KENDRICK,
C. GRIFFITH, T. MOHLER, C. ALBRIGHT, T. MCCUE, D. ANDERSON,
L. CRISTOSTOMO, M. HAYNES, SERGEANT PARKER and K-9, in their
official capacities as employees of the County of Sacramento; and SACRAMENTO
COUNTY SHERIFF'S DEPT.

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIENNE G. HENNING,          ) | CASE NO.  CIV S-05-0531 FCD KJM |
|                              ) | |
|       Plaintiff,             ) | **STIPULATED DISMISSAL WITH PREJUDICE [FRCP 41(a)(1) & (2)]** |
|                              ) | |
| vs.                          ) | |
|                              ) | Complaint Filed: March 17, 2005 |
|                              ) | |
| COUNTY OF SACRAMENTO, et al.,) | |
|                              ) | |
|                              ) | |
|       Defendants.            ) | |

It is hereby stipulated, pursuant to Rule 41(a)(1) and (2) of the Federal Rules of Civil Procedure, by and between the plaintiff, ADRIENNE G. HENNING, in pro per, and defendants COUNTY OF SACRAMENTO, DETECTIVE DARREN MAYO, in his official capacity as an Employee of the County of Sacramento, DEPUTIES S. PUFFER, T. HENRY, J. HALK, T. FOX, K. CLARK, L. KENDRICK, C. GRIFFITH, T. MOHLER, C. ALBRIGHT, T. MCCUE, D. ANDERSON, L. CRISTOSTOMO, M. HAYNES, SERGEANT PARKER and K-9, in their official capacities as Employees of the County of Sacramento and SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, by and through their attorney, Jonathan B. Paul, that the above-

1  captioned action be and hereby is dismissed with prejudice forthwith.

2  Dated: March 14, 2007

                                                    ADRIENNE G. HENNING, In Pro Per

Dated:  March 14, 2007        MORENO & RIVERA, LLP

                                                    JONATHAN B. PAUL
Attorney for Defendants, COUNTY OF SACRAMENTO; DETECTIVE DARREN MAYO, in his official capacity as an employee of Sacramento County; DEPUTIES S. PUFFER, T. HENRY, J. HALK, T. FOX, K. CLARK, L. KENDRICK, C. GRIFFITH, T. MOHLER, C. ALBRIGHT, T. MCCUE, D. ANDERSON, L. CRISTOSTOMO, M. HAYNES, SERGEANT PARKER and K-9, in their official capacities as employees of the County of Sacramento; and SACRAMENTO COUNTY SHERIFF'S DEPT.

     In consideration of the Stipulation entered by the parties, the <u>Henning v. County of Sacramento et. al.</u>, United States District Court, Eastern District of California, Case No. CIV S-05-0531 FCD KJM is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) and (2).

     **IT IS SO ORDERED**.

Dated: April 2, 2007

                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE